| | |
|---|---|
| 1 | SPENCER P. HUGRET (SBN: 240424) |
| | shugret@grsm.com |
| 2 | JAMES P. MAYO (SBN: 169897) |
| | jmayo@grsm.com |
| 3 | SARAH CARLSON LAMBERT (SBN: 247360) |
| | slambert@grsm.com |
| 4 | RESHMA A. BAJAJ (SBN: 227106) |
| | rbajaj@grsm.com |
| 5 | consumerwarrantyJAGUAR@grsm.com |
| | GORDON REES SCULLY MANSUKHANI, LLP |
| 6 | 315 Pacific Avenue |
| | San Francisco, CA 94111 |
| 7 | Telephone: (415) 986-5900 |
| | Facsimile: (415) 986-8054 |
| 8 | |
| | Attorneys for Defendant |
| 9 | JAGUAR LAND ROVER NORTH AMERICA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JITENDER SINGH, an individual, | Case No. 3:25-cv-09171-LB |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants | |

CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 315 Pacific Avenue, San Francisco CA 94111.

On the date set forth below, I served on the party listed below the foregoing document(s) described as:

**Magistrate Judge Laurel Beeler's Standing Order**

By Transmitting VIA ELECTRONIC MAIL the document listed above to the email address(es) set forth below on this date.

(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction and service was made

> Kevin Y. Jacobson
> **QUILL & ARROW, LLP**
> 10880 Wilshire Boulevard, Suite 1600
> Los Angeles, CA 90024
> Telephone: (310) 933-4271
> Fax: (310) 889-0645
> Email: kjacobson@quillarrowlaw.com
> Email: renav@quillarrowlaw.com
> Email: njiang@quillarrowlaw.com
> Email: e-service@quillarrowlaw.com
> Attorneys for Plainitff

                                           /s/*Lydia Arago Schou*
                                              Lydia Arago Schou

Executed on October 28, 2025, at San Francisco, California.

**Gordon Rees Scully Mansukhani, LLP**
315 Pacific Avenue
San Francisco, CA 94111